UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                :
LORRAINE M. LEONE,                           :

                Plaintiff,         :         24-CV-09444 (JAV)

                -v-                  :         <u>ORDER OF REMAND</u>

CHIPOTLE MEXICAN GRILL, INC. and    :
CHIPOTLE MEXICAN GRILL,              :

              Defendants.      :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       WHEREAS, on April 14, 2025, the parties filed a Stipulated Order, which was entered by the Court, which stipulates that Plaintiff's damages in this case are limited to no more than $74,999 in total; and

       WHEREAS, subject matter jurisdiction in this case was premised on 28 U.S.C. § 1332; and

       WHEREAS, this Court lacks subject matter jurisdiction over this action under section 1332, as the amount in controversy is less than $75,000;

       IT IS HEREBY ORDERED that this proceeding, Index No. 814063/2024E, be remanded to Supreme Court of the State of New York, County of Bronx.

       The Clerk of the Court is respectfully directed to close this case and terminate all pending motions.

       SO ORDERED.

Dated: May 9, 2025                                   _____
       New York, New York                     JEANNETTE A. VARGAS
                                                                United States District Judge